United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    E. DRAKE,                                    Case No.  16-cv-01366-KAW

                     Plaintiff,
8
                                                  **ORDER GRANTING EMERGENCY**
9          v.                                     **MOTION TO CONTINUE INITIAL**
                                                  **CASE MANAGEMENT CONFERENCE**
10   THE NIELLO COMPANY, et al.,
                                                  Re: Dkt. No. 12
     Defendants.
11

12

13         On June 3, 2016, Plaintiff Eric Drake filed an emergency motion to continue the initial

14   case management conference currently set for June 21, 2016.  (Dkt. No. 12.)  Given that

15   Defendants have not been served in this case, and in light of the medical issues Plaintiff describes

16   in his motion, the Court finds good cause to continue the initial case management conference to

17   September 20, 2016.

18         IT IS SO ORDERED.

19   Dated: 06/07/16

20                                               _____
                                                 KANDIS A. WESTMORE
21                                               United States Magistrate Judge

22

23

24

25

26

27

28